UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

HONORABLE: REBECCA RUTHERFORD PRESIDING
DEPUTY CLERK: L. PRICE
COURT REPORTER/TAPE NUMBER: CHARYSE CRAWFORD
LAW CLERK: ___
USPO: ___
INTERPRETER: ___
Date: 5/11/2023

Cr. No. 3:22-CR-291-E
DEFT. No. 01

UNITED STATES OF AMERICA
V.
MYRIA WYNN BOEHM, AUSA

DEVARIUS DONTEZ MOORE
Defendant's Name
MATHEW HAAS
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

**ARRAIGNMENT/(REARRAIGNMENT)**

Time in Court: 23 min

Trial Status:
☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial: ___
Hearing Concluded: ☑ Yes ☐ No

☐ Defendant SWORN.
☐ Arraignment   ☑ Rearraignment - Held on count (s) 1
   of the 1   count(s) ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint ☐ Superseding Information
☐ Sentencing Guidelines
☑ Deft enters a plea of   ☐ Not Guilty ☑ Guilty ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: ___  Time: ___
☐ Trial set for  Date: ___  Time: ___
   Pretrial motions due: ___  Discovery motions/Government Responses due: ___
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. PSI due: ___  Pre-sentence Referral Form to: ___
☐ Deft Bond ☐ Set ☐ reduced to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☑ Bond  ☑ continued  ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 1 2023
CLERK, U.S. DISTRICT COURT
By ___ Deputy

OTHER PROCEEDINGS: